# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: MOORE, DEAN S § Case No. 13-82690-TML
　　　　MOORE, LISA § 
 § 
Debtor(s) § 

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 31, 2013. The undersigned trustee was appointed on October 02, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of             $           12,500.00

　　　Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 2,722.66 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]     $ | 9,777.34 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 12/12/2013 and the deadline for filing governmental claims was 01/27/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,000.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,000.00, for a total compensation of $2,000.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/14/2018     By: /s/STEPHEN G. BALSLEY
                    Trustee, Bar No.: 0104841

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-82690-TML  
**Case Name:** MOORE, DEAN S  
MOORE, LISA  
**Period Ending:** 06/14/18

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 07/31/13 (f)  
**§341(a) Meeting Date:** 09/05/13  
**Claims Bar Date:** 12/12/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2411 N. Riverside Dr, McHenry,IL | 615,000.00 | 0.00 | | 0.00 | FA |
| 2 | 2922 Kama Ave, McHenry,IL | 185,000.00 | 0.00 | | 0.00 | FA |
| 3 | 3 acres of vacant lot, Willard,WI<br>  See Order to Employ Realtor entered October 23, 2013.<br>See Order to Sell Real Estate entered May 16, 2018. | 6,500.00 | 20,000.00 | | 12,500.00 | FA |
| 4 | checking account w/ BMO Harris | 0.00 | 0.00 | | 0.00 | FA |
| 5 | checking account w/ BMO Harris Bank | 500.00 | 0.00 | | 0.00 | FA |
| 6 | savings account w/ Alliant Credit Union | 200.00 | 0.00 | | 0.00 | FA |
| 7 | older household furniture & personal belongings | 750.00 | 0.00 | | 0.00 | FA |
| 8 | necessary wearing apparel | 300.00 | 0.00 | | 0.00 | FA |
| 9 | wedding rings & misc. costume jewelry | 300.00 | 0.00 | | 0.00 | FA |
| 10 | 2003 Chevy Silverado | 3,500.00 | 0.00 | | 0.00 | FA |
| 11 | 2003 Lincoln Navagator | 4,000.00 | 0.00 | | 0.00 | FA |
| 12 | 2003 Buik LaSabre | 1,500.00 | 0.00 | | 0.00 | FA |
| 12 | **Assets   Totals** (Excluding unknown values) | **$817,550.00** | **$20,000.00** | | **$12,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2013      **Current Projected Date Of Final Report (TFR):**   June 14, 2018  (Actual)

Printed: 06/14/2018 04:26 PM    V.13.32

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-82690-TML  
**Case Name:** MOORE, DEAN S  
　　　　　　　MOORE, LISA  
**Taxpayer ID #:** **-***3886  
**Period Ending:** 06/14/18

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6066 - Checking Account  
**Blanket Bond:** $2,827,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/01/18 | | Knight Barry Title Services, LLC | Proceeds from Sale of Real Estate | | 9,781.89 | | 9,781.89 |
| | {3} | | Sale Price　　　　　　12,500.00 | 1110-000 | | | 9,781.89 |
| | | | County Property Taxes　　-1,205.61 (2016, 2017 & prorated 2018) | 2820-000 | | | 9,781.89 |
| | | | Real Estate Commission　　-875.00 | 3510-000 | | | 9,781.89 |
| | | | Escrow/Title Charges　　-600.00 (Closing Fee, Title Policy, Special Assessment Letter) | 2500-000 | | | 9,781.89 |
| | | | Transfer Tax　　　　　　-37.50 | 2820-000 | | | 9,781.89 |
| 06/04/18 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2018 FOR CASE #13-82690, Bond #016018067 | 2300-000 | | 4.55 | 9,777.34 |

|  |  | | | |
|---|---|---|---|---|
| | ACCOUNT TOTALS | | 9,781.89 | 4.55 | $9,777.34 |
| | Less: Bank Transfers | | 0.00 | 0.00 | |
| | **Subtotal** | | 9,781.89 | 4.55 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | **NET Receipts / Disbursements** | | **$9,781.89** | **$4.55** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******6066** | 9,781.89 | 4.55 | 9,777.34 |
| | $9,781.89 | $4.55 | $9,777.34 |

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　Printed: 06/14/2018 04:26 PM　　V.13.32

# Exhibit C

### Case: 13-82690-TML   MOORE, DEAN S

Claims Bar Date: 12/12/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br><br>Rockford, IL 61108<br><br><3120-00   Attorney for Trustee Expenses (Trustee Firm)>,  200 | Admin Ch. 7<br>07/31/13 | US Bankruptcy Court - Certified Copy of Court Order to Sell Real Estate (5/17/18) $12.00<br>FedEx to Title Company (6/12/18) $22.95 | $34.95<br>$34.95 | $0.00 | $34.95 |
|  | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br>Rockford, IL 61108<br><3210-00   Attorney for Trustee Fees (Other Firm)>,  200 | Admin Ch. 7<br>07/31/13 |  | $3,587.50<br>$3,587.50 | $0.00 | $3,587.50 |
|  | STEPHEN G. BALSLEY<br>6833 STALTER DRIVE<br>ROCKFORD, IL 61108<br><2100-00   Trustee Compensation>,  200 | Admin Ch. 7<br>07/31/13 |  | $2,000.00<br>$2,000.00 | $0.00 | $2,000.00 |
| 1 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/16/13 | DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 430543025<br>--------------------------------------------------------------------------* * * | $12,894.74<br>$12,894.74 | $0.00 | $12,894.74 |
| 2 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/16/13 | DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 430543025<br>--------------------------------------------------------------------------* * * | $7,360.97<br>$7,360.97 | $0.00 | $7,360.97 |
| 3 | Commerce Bank<br>P O BOX 419248<br>KCREC-10<br>Kansas City, MO 64141-6248<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/17/13 | P O BOX 419248<br>KCREC-10<br>Kansas City, MO 641416248<br>--------------------------------------------------------------------------* * * | $9,318.51<br>$9,318.51 | $0.00 | $9,318.51 |

# Exhibit C

### Case: 13-82690-TML   MOORE, DEAN S

Claims Bar Date: 12/12/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4 | Alliant Credit Union<br>11545 W Touhy Avenue<br><br>Chicago, IL 60666<br><br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>09/26/13 | 11545 W Touhy Avenue<br>Chicago, IL 60666<br>-----------------------------------------------------------------------------* * * | $14,762.60<br>$14,762.60 | $0.00 | $14,762.60 |
| 5 | Fifth Third Bank<br>1830 East Paris SE, MS #RSCB3E<br><br>Grand Rapids, MI 49546<br><br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>09/28/13 | 9441 LBJ Freeway, Suite 350<br>Dallas, TX 75243<br>-----------------------------------------------------------------------------* * * | $4,282.77<br>$4,282.77 | $0.00 | $4,282.77 |
| 6 | Capital One Bank (USA), N.A.<br>PO Box 71083<br><br>Charlotte, NC 28272-1083<br><br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>09/30/13 | PO Box 71083<br>Charlotte, NC 282721083<br>-----------------------------------------------------------------------------* * * | $10,625.76<br>$10,625.76 | $0.00 | $10,625.76 |
| 7 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>10/17/13 | c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 193550701<br>-----------------------------------------------------------------------------* * * | $6,405.60<br>$6,405.60 | $0.00 | $6,405.60 |
| 8 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262<br><br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>10/30/13 | of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 100879262<br>-----------------------------------------------------------------------------* * * | $1,944.14<br>$1,944.14 | $0.00 | $1,944.14 |
| 9 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Unsecured<br>10/30/13 | of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 100879262<br>-----------------------------------------------------------------------------* * * | $5,527.86<br>$5,527.86 | $0.00 | $5,527.86 |

# Exhibit C

### Case: 13-82690-TML    MOORE, DEAN S

Claims Bar Date: 12/12/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | <7100-00  General Unsecured § 726(a)(2)>,  610 | | | | | |
| | | | | **Case Total:** | **$0.00** | **$78,745.40** |

**TRUSTEE'S PROPOSED DISTRIBUTION**                          Exhibit D

Case No.: 13-82690-TML
Case Name: MOORE, DEAN S
Trustee Name: STEPHEN G. BALSLEY

**Balance on hand:**                              $        9,777.34

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $        0.00
Remaining balance:                        $    9,777.34

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 2,000.00 | 0.00 | 2,000.00 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 3,587.50 | 0.00 | 3,587.50 |
| Attorney for Trustee, Expenses - Barrick, Switzer, Long, Balsley & Van Evera | 34.95 | 0.00 | 34.95 |

Total to be paid for chapter 7 administration expenses:   $    5,622.45
Remaining balance:                                        $    4,154.89

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $        0.00
Remaining balance:                                            $    4,154.89

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

| | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 4,154.89 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 73,122.95 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 12,894.74 | 0.00 | 732.69 |
| 2 | Discover Bank | 7,360.97 | 0.00 | 418.25 |
| 3 | Commerce Bank | 9,318.51 | 0.00 | 529.48 |
| 4 | Alliant Credit Union | 14,762.60 | 0.00 | 838.82 |
| 5 | Fifth Third Bank | 4,282.77 | 0.00 | 243.35 |
| 6 | Capital One Bank (USA), N.A. | 10,625.76 | 0.00 | 603.76 |
| 7 | American Express Bank, FSB | 6,405.60 | 0.00 | 363.97 |
| 8 | eCAST Settlement Corporation, assignee | 1,944.14 | 0.00 | 110.47 |
| 9 | eCAST Settlement Corporation, assignee | 5,527.86 | 0.00 | 314.10 |

| | Total to be paid for timely general unsecured claims: | $ | 4,154.89 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**