UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| **MOORE, DEAN S** | ) Bankruptcy Case No. 13-82690 TML |
| **MOORE, LISA** | ) Chapter 7 |
| | ) |
| Debtor(s). | ) |

# CERTIFICATE OF SERVICE

The undersigned certifies that on July 18, 2018, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

MOORE, DEAN S
MOORE, LISA
2411 N. RIVERSIDE DR
MCHENRY, IL 60051

ERIC PRATT LAW FIRM P.C.
3957 NORTH MULFORD RD SUITE C
ROCKFORD, IL 61114
*(Via ECF Electronic Transmission)*

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH 43054-3025

Commerce Bank
P O BOX 419248
KCREC-10
Kansas City, MO 64141-6248

Alliant Credit Union
11545 W Touhy Avenue
Chicago, IL 60666

Fifth Third Bank
1830 East Paris SE, MS #RSCB3E
Grand Rapids, MI 49546

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

American Express Bank, FSB
c/o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

eCAST Settlement Corporation, assignee
of Chase Bank USA, N.A.
POB 29262
New York, NY 10087-9262

/s/ Debbie M. Harris

STEPHEN G. BALSLEY, Trustee
6833 STALTER DRIVE
ROCKFORD, IL 61108
(815) 962-6611
sbalsley@bslbv.com