**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: MOORE, DEAN S | § | Case No. 13-82690-TML |
| MOORE, LISA | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

   STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $811,050.00                     Assets Exempt: $11,050.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $4,154.89        Claims Discharged
                                                  Without Payment: $154,630.06

Total Expenses of Administration: $8,345.11

---

   3)  Total gross receipts of $     12,500.00     (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       0.00     (see **Exhibit 2**), yielded net receipts of $12,500.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $921,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 8,345.11 | 8,345.11 | 8,345.11 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 158,784.00 | 73,122.95 | 73,122.95 | 4,154.89 |
| **TOTAL DISBURSEMENTS** | $1,079,784.00 | $81,468.06 | $81,468.06 | $12,500.00 |

4) This case was originally filed under Chapter 7 on July 31, 2013. The case was pending for 61 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/14/2018          By: /s/STEPHEN G. BALSLEY
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 3 acres of vacant lot, Willard,WI | 1110-000 | 12,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$12,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | BMO Harris Mortgage Services | 4110-000 | 62,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris N.a. Bmo Harris Bank - Bankruptcy | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | BMO Harris Mortgage Services | 4110-000 | 169,000.00 | N/A | N/A | 0.00 |
| NOTFILED | BMO Harris Mortgage Services | 4110-000 | 690,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$921,000.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - STEPHEN G. BALSLEY | 2100-000 | N/A | 2,000.00 | 2,000.00 | 2,000.00 |
| Attorney for Trustee Expenses (Trustee Firm) - Barrick, Switzer, Long, Balsley & | 3120-000 | N/A | 34.95 | 34.95 | 34.95 |

**UST Form 101-7-TDR (10/1/2010)**

Case 13-82690   Doc 32   Filed 10/09/18   Entered 10/09/18 13:31:03   Desc Main
                              Document      Page 4 of 8

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Other - Barrick, Switzer, Long, Balsley & Van Evera | 3210-000 | N/A | 3,587.50 | 3,587.50 | 3,587.50 |
| Other - Knight Barry Title Services, LLC | 2820-000 | N/A | 1,205.61 | 1,205.61 | 1,205.61 |
| Other - Knight Barry Title Services, LLC | 3510-000 | N/A | 875.00 | 875.00 | 875.00 |
| Other - Knight Barry Title Services, LLC | 2500-000 | N/A | 600.00 | 600.00 | 600.00 |
| Other - Knight Barry Title Services, LLC | 2820-000 | N/A | 37.50 | 37.50 | 37.50 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 4.55 | 4.55 | 4.55 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$8,345.11** | **$8,345.11** | **$8,345.11** |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 12,894.00 | 12,894.74 | 12,894.74 | 732.69 |
| 2 | Discover Bank | 7100-000 | 7,360.00 | 7,360.97 | 7,360.97 | 418.25 |
| 3 | Commerce Bank | 7100-000 | 9,318.00 | 9,318.51 | 9,318.51 | 529.48 |
| 4 | Alliant Credit Union | 7100-000 | 14,767.00 | 14,762.60 | 14,762.60 | 838.82 |
| 5 | Fifth Third Bank | 7100-000 | 4,282.00 | 4,282.77 | 4,282.77 | 243.35 |
| 6 | Capital One Bank (USA), N.A. | 7100-000 | 10,625.00 | 10,625.76 | 10,625.76 | 603.76 |
| 7 | American Express Bank, FSB | 7100-000 | 6,405.00 | 6,405.60 | 6,405.60 | 363.97 |
| 8 | eCAST Settlement Corporation, assignee | 7100-000 | 1,944.00 | 1,944.14 | 1,944.14 | 110.47 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | eCAST Settlement Corporation, assignee | 7100-000 | 5,527.00 | 5,527.86 | 5,527.86 | 314.10 |
| NOTFILED | Gecrb/walmart | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | 7,423.00 | N/A | N/A | 0.00 |
| NOTFILED | Weisfield Jewelers/Sterling Jewelers Inc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | GECRB/JC Penny | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | GECRB/AVB Buying Group | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears/cbna | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears/cbna | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/mitsu | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | John Bonewicz | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Fashion Bug/soanb | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Td Rcs/yard Card/908 | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Marshall & Ilsley Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears/cbsd Citicorp Credit Services/Attn: | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohls/capone | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Barclays Bank Delaware | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank Sd, Na | 7100-000 | 36,240.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank Sd, Na | 7100-000 | 17,116.00 | N/A | N/A | 0.00 |
| NOTFILED | Cach Llc/Square Two Financial | 7100-000 | 22,983.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 1,900.00 | N/A | N/A | 0.00 |
| NOTFILED | American Honda Finance | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Comenity Bank/Harlem Furniture | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$158,784.00** | **$73,122.95** | **$73,122.95** | **$4,154.89** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-82690-TML  
**Case Name:** MOORE, DEAN S  
MOORE, LISA  
**Period Ending:** 09/14/18

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 07/31/13 (f)  
**§341(a) Meeting Date:** 09/05/13  
**Claims Bar Date:** 12/12/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2411 N. Riverside Dr, McHenry,IL | 615,000.00 | 0.00 | | 0.00 | FA |
| 2 | 2922 Kama Ave, McHenry,IL | 185,000.00 | 0.00 | | 0.00 | FA |
| 3 | 3 acres of vacant lot, Willard,WI<br>   See Order to Employ Realtor entered October 23, 2013.<br>See Order to Sell Real Estate entered May 16, 2018. | 6,500.00 | 20,000.00 | | 12,500.00 | FA |
| 4 | checking account w/ BMO Harris | 0.00 | 0.00 | | 0.00 | FA |
| 5 | checking account w/ BMO Harris Bank | 500.00 | 0.00 | | 0.00 | FA |
| 6 | savings account w/ Alliant Credit Union | 200.00 | 0.00 | | 0.00 | FA |
| 7 | older household furniture & personal belongings | 750.00 | 0.00 | | 0.00 | FA |
| 8 | necessary wearing apparel | 300.00 | 0.00 | | 0.00 | FA |
| 9 | wedding rings & misc. costume jewelry | 300.00 | 0.00 | | 0.00 | FA |
| 10 | 2003 Chevy Silverado | 3,500.00 | 0.00 | | 0.00 | FA |
| 11 | 2003 Lincoln Navagator | 4,000.00 | 0.00 | | 0.00 | FA |
| 12 | 2003 Buik LaSabre | 1,500.00 | 0.00 | | 0.00 | FA |
| 12 | **Assets** Totals (Excluding unknown values) | **$817,550.00** | **$20,000.00** | | **$12,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2013     **Current Projected Date Of Final Report (TFR):**   June 14, 2018  (Actual)

Printed: 09/14/2018 10:51 AM    V.14.14

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-82690-TML  
**Case Name:** MOORE, DEAN S  
　　　　　　　MOORE, LISA  
**Taxpayer ID #:** **-***3886  
**Period Ending:** 09/14/18

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6066 - Checking Account  
**Blanket Bond:** $2,827,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 06/01/18 | | Knight Barry Title Services, LLC | Proceeds from Sale of Real Estate | | | 9,781.89 | | 9,781.89 |
| | {3} | | Sale Price | 12,500.00 | 1110-000 | | | 9,781.89 |
| | | | County Property Taxes (2016, 2017 & prorated 2018) | -1,205.61 | 2820-000 | | | 9,781.89 |
| | | | Real Estate Commission | -875.00 | 3510-000 | | | 9,781.89 |
| | | | Escrow/Title Charges (Closing Fee, Title Policy, Special Assessment Letter) | -600.00 | 2500-000 | | | 9,781.89 |
| | | | Transfer Tax | -37.50 | 2820-000 | | | 9,781.89 |
| 06/04/18 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2018 FOR CASE #13-82690, Bond #016018067 | | 2300-000 | | 4.55 | 9,777.34 |
| 08/10/18 | 102 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $2,000.00, Trustee Compensation; Reference: | | 2100-000 | | 2,000.00 | 7,777.34 |
| 08/10/18 | 103 | Commerce Bank | Dividend paid 5.68% on $9,318.51; Claim# 3; Filed: $9,318.51; Reference: | | 7100-000 | | 529.48 | 7,247.86 |
| 08/10/18 | 104 | Alliant Credit Union | Dividend paid 5.68% on $14,762.60; Claim# 4; Filed: $14,762.60; Reference: | | 7100-000 | | 838.82 | 6,409.04 |
| 08/10/18 | 105 | Fifth Third Bank | Dividend paid 5.68% on $4,282.77; Claim# 5; Filed: $4,282.77; Reference: | | 7100-000 | | 243.35 | 6,165.69 |
| 08/10/18 | 106 | Capital One Bank (USA), N.A. | Dividend paid 5.68% on $10,625.76; Claim# 6; Filed: $10,625.76; Reference: | | 7100-000 | | 603.76 | 5,561.93 |
| 08/10/18 | 107 | American Express Bank, FSB | Dividend paid 5.68% on $6,405.60; Claim# 7; Filed: $6,405.60; Reference: | | 7100-000 | | 363.97 | 5,197.96 |
| 08/10/18 | 108 | Barrick, Switzer, Long, Balsley & Van Evera | Combined Check for Claims#et_al. | | | | 3,622.45 | 1,575.51 |
| | | | Dividend paid 100.00% on $34.95; Claim# ; Filed: $34.95 | 34.95 | 3120-000 | | | 1,575.51 |
| | | | Dividend paid 100.00% on $3,587.50; Claim# ; Filed: $3,587.50 | 3,587.50 | 3210-000 | | | 1,575.51 |
| 08/10/18 | 109 | Discover Bank | Combined Check for Claims#1,2 | | | | 1,150.94 | 424.57 |
| | | | Dividend paid 5.68% on $12,894.74; Claim# 1; Filed: $12,894.74 | 732.69 | 7100-000 | | | 424.57 |
| | | | Dividend paid 5.68% on | 418.25 | 7100-000 | | | 424.57 |

| | Subtotals : | $9,781.89 | $9,357.32 |
|---|---|---|---|

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 09/14/2018 10:51 AM　　V.14.14

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 13-82690-TML | **Trustee:** | STEPHEN G. BALSLEY (330410) |
| **Case Name:** MOORE, DEAN S | **Bank Name:** | Rabobank, N.A. |
| MOORE, LISA | **Account:** | ******6066 - Checking Account |
| **Taxpayer ID #:** **-***3886 | **Blanket Bond:** | $2,827,000.00  (per case limit) |
| **Period Ending:** 09/14/18 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | $7,360.97;  Claim# 2;<br>Filed: $7,360.97 | | | | |
| 08/10/18 | 110 | eCAST Settlement Corporation, assignee | Combined Check for Claims#8,9 | | | 424.57 | 0.00 |
| | | | Dividend paid   5.68% on           110.47<br>$1,944.14;  Claim# 8;<br>Filed: $1,944.14 | 7100-000 | | | 0.00 |
| | | | Dividend paid   5.68% on           314.10<br>$5,527.86;  Claim# 9;<br>Filed: $5,527.86 | 7100-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 9,781.89 | 9,781.89 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 9,781.89 | 9,781.89 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$9,781.89** | **$9,781.89** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******6066** | 9,781.89 | 9,781.89 | 0.00 |
| | **$9,781.89** | **$9,781.89** | **$0.00** |